# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRCT OF MICHIGAN
## SOUTHERN DIVISION

IN RE: Carl & Gail Fuqua

_____/

CHAPTER 13
CASE NO. 12-31334
Judge Daniel S. Opperman

### DEBTOR'S OBJECTION TO STATE OF MICHIGAN
### PROOF OF CLAIM #25

Now comes Debtor, **Carl & Gail Fuqua,** by and through attorney, John L. Hicks, and objects to proof of claim #25 for the following reasons:

1. The proof of claim #25 filed 6/29/12 sets forth a **Priority claims: $647.16 for 2008 and 2009** for Debtor Gail Fuqua.
2. Debtor objects to the entire claim as Debtor did not owe taxes for those years and in fact got a refund.
3. A proposed Order is attached as Exhibit A.

WHEREFORE, DEBTOR(S) respectfully requests that the within objection be sustained and Order that Claim #24 by State of Michigan be wholly disallowed.

Respectfully Submitted,
Attorney for Debtor(s)

__/s/ John L. Hicks_____
John L. Hicks (P44667)
412 S. Saginaw 1st Floor
Flint, MI. 48502
(810) 232-2223
mooreandhicks@sbcglobal.net

Dated: May 11, 2013

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRCT OF MICHIGAN
## SOUTHERN DIVISION-Flint

IN RE: Carl & Gail Fuqua

_____/

CHAPTER 13
CASE NO. 12-31334
Judge Daniel S. Opperman

John L. Hicks (P44667)
412 S. Saginaw 1st Floor.
Flint, MI. 48502
(810) 232-2223
mooreandhicks@sbcglobal.net

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM #25 of STATE OF MICHIGAN

This matter having come on to be heard upon the Objection of the Debtor(s) to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to L.B.R. 3007-1), no response having been filed or served, due notice having thus been given and the Court being advised in the premises:

NOW THEREFORE IT IS HEREBY ORDERED that the Objection of the Debtor is sustained with respect to the Proof of Claim of State of Michigan.;

IT IS HEREBY ORDERED that the State of Michigan claim #25 shall be disallowed.

IT IS FURTHER ORDERED that to the extent that the Chapter 13 Standing Trustee has previously made disbursements on the secured claim those amounts shall be credited to the priority claim.

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

IN RE: Carl & Gail Fuqua

                              /         CHAPTER 13
        CASE NO. 12-31334
         Judge Daniel S. Opperman

## NOTICE OF OBJECTION TO CLAIM

Debtor, **Carl & Gail Fuqua**, has filed an objection to your claim in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.**

If you do not want the court to deny or change your claim, or if you want the court to consider your views on the objection, within 7 days of the hearing date set forth below, you or your attorney must:

1. File with the court a written response or an answer, explaining your position, at:[1]

    U.S. Bankruptcy Court
    226 West Second St.
    Flint, MI. 48502

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:   **John L. Hicks & Associates**
                                     **Attorney for Debtor**
                                     **412 S. Saginaw St., 1st Fl**
                                     **Flint, MI 48502**

                                     **Trustee: Office of the Chapter 13 Trustee**
                                     **Carl L. Bekofske**
                                     **400 N. Saginaw, Ste. 331**
                                     **Flint, MI 48502**

2. Attend the hearing on the objection, scheduled to be held on **July 16, 2013**, **at 10:00 a.m.** .in the Courtroom Daniel S. Opperman, United States Bankruptcy Court, 226 W. Second St., Flint, Michigan 48502, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

                                         Signature:   **/s/ John L. Hicks**  (P44667)
                                         Name:     John L. Hicks
                                         Address:   412 Saginaw 1st Floor.
Date: May 11, 2013                                     Flint, MI. 48502
                                                (810) 232-2223
                                                mooreandhicks@sbcglobal.net

---

[1] **Response or answer must comply with .F.R. Civ. P. 8(b), (c) and (e)**